AO 240A

# UNITED STATES DISTRICT COURT
### _____District of New Jersey_____

HELEN DREW,

               Plaintiff

        V.

EDUCATION DYNAMICS, LLC., et al.

               Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

    **Case Number: 09-6049(KSH)**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint,   and

☐     **IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

_____

☐and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this  6  day of  January , 2009

                _____
                       Signature of Judicial Officer

                _____
                 Katharine S. Hayden, USDJ
                    Name and title of Judicial Officer